# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MARTINEZ,<br><br>               Petitioner,<br><br>    v.<br><br>J. SOTO, Warden,<br><br>               Respondent. | Case No. CV 14-4144-AG (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 31, 2014

                                             ANDREW J. GUILFORD
                                         UNITED STATES DISTRICT JUDGE